# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

RICHARD GONZALEZ

## CRIMINAL COMPLAINT

CASE NUMBER: MJ 03-M-00478-RBC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 20, 2003__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully make a false statement in an application for a United States passport, with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws.

in violation of Title __18__ United States Code, Section(s) __1542__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

NOV 25 2003 at 4:47 pm at BOSTON, MASSACHUSETTS
Date                                                                                           City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420  Signature of Judicial Officer
1 Courthouse Way
Boston, MA 02210

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT**

I, Aaron J. Arnfeld, having been duly sworn, do hereby depose and state the following:

1. I am a Special Agent with the United States Department of State, Diplomatic Security Service (DSS), and have been so employed since November 1999. As part of my official duties, I am assigned to investigate cases involving those who are alleged to have falsely or fraudulently submitted application for United States passports.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause in support of a criminal charging, Richard GONZALEZ a/k/a Juan Antonio QUINONES-GONZALEZ with making false statements in application for a United States passport, in violation of Title 18, United States Code, Section 1542.

3. On October 20, 2003, a person using the identity of Juan Antonio QUINONES-GONZALEZ (henceforth referred to as "Subject") submitted an application ("DS-11") for a United States passport at the U.S. Post Office located in Lynn, MA. A copy of Subject's passport application is appended hereto as Exhibit A.

In support of the Juan Antonio QUINONES-GONZALEZ application, the Subject provided a birth certificate in that name from Puerto Rico with date and place of birth as October 10, 1968, Fajardo, Puerto Rico. Copies of Subject's Puerto Rico birth certificate are appended hereto as Exhibit B.

4. The Subject signed the QUINONES-GONZALEZ application in the presence of an authorized passport acceptance clerk, attesting that all of the information contained therein was true. Also, as required, the Subject submitted two copies of a photograph of himself. One copy of the photograph was attached to the QUINONES-GONZALEZ application at the time of its submission.

5. On November 25, 2003, the Subject appeared at the Boston Passport Agency to inquire as to the status of his passport application. Subject was interviewed by the Affiant and Special Agent Herman Arnold, and Subject admitted that his true identity was Richard GONZALEZ and not Juan Antonio QUINONES-GONZALEZ. Subject then voluntarily provided his fingerprints to your affiant for identification purposes.

6. Fingerprint records check revealed that Subject possessed a criminal record (FBI #98168PA9) under the identity of Richard QUINONES-GONZALEZ, with a date and place of birth of 12/01/1967, New York, NY, and Social Security Number 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. Per the FBI's criminal database, QUINONES-GONZALEZ was arrested

by the Puerto Rican Police Department on 11/25/1991 for narcotics possession and attempted robbery.

Based on the foregoing, I have probable cause to believe that Richard QUINONES-GONZALEZ, identifying himself as Juan Antonio QUINONES-GONZALEZ, did willfully and knowingly make a false statement on an application for a United States Passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use of another, in violation of Title 18, United States Code, Section 1542.

*signature*
Aaron J. Arnfeld
Special Agent

NOV 25 2003

Subscribed and sworn to before me this ____ day of November, 2003

*signature*
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

3

**U.S. Department of State**
**APPLICATION FOR PASSPORT ☐ REGISTRATION**
(Type or print all capital letters in bk. black ink in white areas only)

1. NAME (First and Middle): JUAN ANTONIO
LAST: Quinones Gonzalez

2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX: 32 NORTON ST    APT. #: 2
CITY: LYNN    STATE: MA
ZIP CODE: 01905
COUNTRY / IN CARE OF (if applicable):

☐ 5 Yr.  ☒ 10 Yr.    Issue Date: ___
☐ ☐ D ☐ O ☐ DP
End. # ___    Exp. ___

Barcode: 104315093

3. SEX: ☒ M ☐ F
4. PLACE OF BIRTH: FAJARDO PUERTO RICO
5. DATE OF BIRTH: 10/10/1968
6. SOCIAL SECURITY NUMBER: 584 51 6911

7. HEIGHT: 5 ft 9 in
8. HAIR COLOR: Negro (Blk)
9. EYE COLOR: Negro (Bk)
10. HOME TELEPHONE: 781 598 9105
11. BUSINESS TELEPHONE: 617 460 1157
12. OCCUPATION: Construction

13. PERMANENT ADDRESS: 32 Norton St., Lynn, MA 01905

14. FATHER'S FULL NAME: Quinones Jose  BIRTHPLACE: Puerto Rico  U.S. CITIZEN: ☐ Yes ☒ No
15. MOTHER'S FULL MAIDEN NAME: Gonzalez Pilar  BIRTHPLACE: Puerto Rico  BIRTHDATE: 10-14-46  U.S. CITIZEN: ☐ Yes ☐ No

16. HAVE YOU EVER BEEN MARRIED? ☒ No
17. OTHER NAMES YOU HAVE USED: ___

18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? ☒ No

19. EMERGENCY CONTACT:
NAME: Luisa Peña
STREET: 32 Norton St
CITY: Lynn  STATE: MA  ZIP: 01905
TELEPHONE: 781 558 9165

20. TRAVEL PLANS (not mandatory): ___

Applicant's Signature: Juan A Quiñones Gonzalez

22. FOR ACCEPTANCE AGENT'S USE
Subscribed and sworn to (affirmed) before me
Date: 10/17/03
Seal: LYNN DISTRICT USPS
☐ Clerk of Court
☐ Passport Agent
☐ Postal Employee
☒ (Vice) Consul USA

23a. Applicant's or Father's Identifying Documents
☐ Driver's License ☐ Passport ☒ Other (Specify): AFFIDAVIT OF WITNESS ATTACHED

23b. Mother's Identifying Documents
☐ Driver's License ☐ Passport ☐ Other

24. FOR ISSUING OFFICE USE ONLY
☒ Birth Certificate  ☐ SR  ☐ CR  ☒ City  Filed/Issued: 10/24/68, 10/31/01
☐ Passport Bearer's Name
☐ Report of Birth
☐ Naturalization/Citizenship Cert. No.
☐ Other
☒ Seen & Returned
☐ Attached

25. FEB 65    EXEC. ___    EF ___    OTHER ___

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

### DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)

### REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

Certifico que en la Sección de Nacimientos del Registro a mi cargo aparece la siguiente inscripción.

I certify that in the Section of Births of the Registry under my custody the following birth is registered.

| Field | Value |
|---|---|
| LIBRO NUMERO (VOLUME NUMBER) | 151 |
| FOLIO NUMERO (FOLIO NUMBER) | |
| ACTA NUMERO (CERTIFICATE NUMBER) | 2051 |
| NOMBRE DEL INSCRITO (NAME OF PERSON REGISTERED) | JUAN ANTONIO QUIÑONES GONZALEZ |
| DOMICILIO (DWELLING HOUSE) | LUQUILLO, PUERTO RICO |
| FECHA DE NACIMIENTO (BIRTH DATE) | 10 DE OCTUBRE DE 1968 |
| FECHA DE INSCRIPCION (REGISTRATION DATE) | 21 DE OCTUBRE DE 1968 |
| LUGAR DE NACIMIENTO (BIRTH PLACE) | FAJARDO, PUERTO RICO |
| SEXO (SEX) | VARON |
| NOMBRE DEL PADRE (FATHER'S NAME) | JOSE ANTONIO QUIÑONES RIVERA |
| EDAD (AGE) | SE IGNORA |
| LUGAR DE NACIMIENTO DEL PADRE (FATHER'S BIRTH PLACE) | LUQUILLO, PUERTO RICO |
| NOMBRE DE LA MADRE (MOTHER'S NAME) | CARMEN DEL PILAR GONZALEZ LOPEZ |
| EDAD (AGE) | SE IGNORA |
| LUGAR DE NACIMIENTO DE LA MADRE (MOTHER'S BIRTH PLACE) | RIO GRANDE, PUERTO RICO |
| MUNICIPIO DE: (MUNICIPALITY OF:) | FAJARDO, PUERTO RICO |
| FECHA DE EXPEDICION (DATE ISSUED) | 31 DE OCTUBRE DE 2001 |

ENCARGADO DEL REGISTRO (LOCAL REGISTRAR): LUZ M. RAMOS GUZMAN

FIRMA / SIGNATURE

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD (SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO (STATE REGISTRAR)

**ADVERTENCIA:** Cualquier alteración o borradura cancela ésta certificación.

**WARNING:** Any alteration or erasure voids this certification.