UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )   CRIMINAL NO. 03CR10386-MLW
)
RICHARD GONZALEZ a/k/a )
JUAN ANTONIO QUINONES-GONZALEZ )

### INDICTMENT

**COUNT ONE**
**(18 U.S.C. §1542)**
**(False Statement in Passport Application)**

The Grand Jury charges:

On or about October 20, 2003, in the District of Massachusetts,

**RICHARD GONZALEZ a/k/a**
**JUAN ANTONIO QUINONES-GONZALEZ,**

the defendant herein, did willfully and knowingly make a false statement on an application for a United States Passport with the intent to induce and secure the issuance of a passport under the authority of the United States, either for his own use or the use by another.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 17, 2003. @ 3:56 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**      Category No. __II__      Investigating Agency __DEPT. OF STATE__

City __Lynn__      Related Case Information:

County __Essex__

Superseding Ind./ Inf. _____      Case No. _____
Same Defendant _____      New Defendant _____
Magistrate Judge Case Number __03-M00478-RBC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Richard Gonzalez__      Juvenile ☐ Yes  ☒ No

Alias Name __Juan Antonio Quinones-Gonzalez__

Address _____

Birth date: _____  SS#: _____  Sex: __M__  Race: _____  Nationality: __U.S.__

Defense Counsel if known: __Leo Sorokin__      Address: __Federal Defender Office__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Christopher F. Bator__      Bar Number if applicable _____

Interpreter: ☐ Yes  ☒ No      List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date: __11/25/03__

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/17/03__      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Richard Gonzalez

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | U.S.C. § 1542 | False Statement in Passport Application | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.wpd - 3/13/02