

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 23, 2004

Leo T. Sorokin, Esq.
Federal Defender Office
408 Atlantic Avenue, Third Floor
Boston, MA  02110

> Re: <u>United States v. Richard Gonzalez</u>
>     Criminal No. 03-10386-MLW

Dear Leo:

   The government produces the attached documents as its automatic discovery.  It is my intention to effectively provide "open file" discovery in this case.

   To the best of my knowledge, no promise, reward or inducement has been provided by the government to any anticipated case-in-chief witness.  Any use of a photograph or identification procedure during the investigation is described in the attached documents.

                              Sincerely,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  _____
                              CHRISTOPHER F. BATOR
                              Assistant U.S. Attorney

Enclosures

cc: Hon. Robert B. Collings
    (w/out enclosures)