# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                       CRIMINAL NO. 2003-10386-MLW

RICHARD GONZALEZ,
       Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on February 3, 2004; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    No.

    (2)    No experts will be called.

    (3)    No.

(4)   No non-discovery motions will be filed.

(5)   *See* Order of Excludable Delay entered this date.

(6)   Unknown whether there will be a plea; the trial would four days.

(7)   The Final Status Conference is set for *Thursday, March 4, 2004 at 11:15 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra.*

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

February 4, 2004.