# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                           CRIMINAL NO. 2003-10386-MLW

RICHARD GONZALEZ,
       Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    11/25/2003 - Initial Appearance

    11/25-26/2003 - Government's Motion for Detention (filing to hearing)

    11/27 - 12/27/2003 - Government's Motion for Detention under advisement.

    12/17/2003 - Indictment returned.

    12/30/2003 - Arraignment

    12/31/2003 - 1/27/2004 - Excluded as per L.R. 112.2(A)(2).

    2/4/2004 - Conference held.

    2/5 - 3/5/2004 - Continuance granted so that the defendant's counsel can review the large volume of records which were recently produced by the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of March 5, 2004, NINE (9) non-excludable days will have occurred leaving SIXTY-ONE (61) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 4, 2004.