# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                       CRIMINAL NO. 2003-10386-MLW

RICHARD GONZALEZ,
           Defendant.

## *ORDER FOR FINAL*
## *STATUS CONFERENCE (L.R. 116.5(C))*

COLLINGS, U.S.M.J.

Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on *THURSDAY, MARCH 4, 2004 AT 11:15 A.M.* in Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned. If counsel files, *on or before the close of business on TUESDAY, MARCH 2, 2004,* a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on WEDNESDAY, MARCH 3, 2004,* file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ Robert B. Collings
_____
ROBERT B. COLLINGS
United States Magistrate Judge

February 4, 2004.

---

[1]

    Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Gina Affsa, Esquire, Courtroom Deputy Clerk to my session.