# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

United States of America

V.

Richard Gonzalez
_____
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:   03CR10386 MLW

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                        Place

_____ on _____
                                                  Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 03-10386-MLW

RICHARD GONZALEZ,
    Defendant.

## ORDER
## SETTING CONDITIONS OF RELEASE

COLLINGS, U.S.M.J.

After hearing, I find that the following Conditions of Release will reasonably assure the safety of the community and the appearance of the defendant. I therefore set the following Conditions of Release in this case:

> The U.S. Marshal is authorized to release the defendant to the Third-Party Custodian who shall forthwith take the defendant to Casa Esperanza, 291 Eustis Street, Roxbury, Massachusetts. The authorities at Casa Esperanza shall admit the defendant to their program on an in-patient basis for treatment for substance abuse.

The defendant shall remain at the program at Casa Esperanza until discharged and shall fully participate in all the activities prescribed by the staff at Casa Esperanza for the defendant.

The defendant shall obey all the rules and regulations of the Casa Esperanza.

The defendant shall not leave Casa Esperanza without the permission of the Court.

The defendant shall notify Pre-Trial Services not less than forty-eight hours before release from Casa Esperanza.

The defendant will be returned to the Court by authorities at Casa Esperanza when the defendant completes the program.

The defendant shall sign all papers necessary in order for Pre-Trial Services to be advised of the defendant's progress by authorities at Casa Esperanza.

The defendant shall sign all papers necessary in order for Pre-Trial Services and Casa Esperanza to obtain all records of prior treatment for substance abuse.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: February 9, 2004.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Richard Gonzalez_
Signature of Defendant

_____
Address

_____
City and State          Telephone

### Directions to United States Marshal

( x ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: February 9, 2004

_Signature of Judicial Officer_

Deputy Clerk
Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL