UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
            V.                  ) CR. NO. 03-10386-MLW
                                )
RICHARD GONZALEZ                )
a/k/a JUAN ANTONIO QUINONES-GONZALEZ )
```

## FINAL STATUS REPORT

The parties file the following status report.

1. There are no outstanding discovery issues.

2. The government does not anticipate providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. To-date, the defendant has not filed any motion requiring a ruling by the District Court before trial.

6. No schedule need be set concerning any matter other than trial.

7. The parties have discussed a possible change of plea. A trial is unlikely.

8. The periods of excludable delay are: from 11/2̲5/03 - 2/9/04 (the period during which the government's detention motion and defendant's motion for release were pending. Hearings were

held on 11/26/03, 1/9/04 and 2/9/04); and from 2/3/04 - 3/4/04 (by agreement of the parties at the initial status conference on 2/3/04).

|  | Respectfully Submitted, |
|---|---|
| RICHARD GONZALEZ<br>by his counsel, | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ LEO T. SORGKIN, ESQ.<br>Federal Defender Office<br>408 Atlantic Avenue<br>3rd Floor<br>Boston, MA 02110 | By: /s/<br>CHRISTOPHER F. BATOR<br>Assistant U.S. Attorney<br>Date: 3/3/04 |