# United States District Court

_____ DISTRICT OF ___MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.

RICHARD L. GONZALEZ

## WARRANT FOR ARREST

CASE NUMBER:   03CR10386-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____RICHARD L. GONZALEZ_____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

violation of Conditions of Release

in violation of Title _____ United States Code, Section(s) _____

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

MAR - 3 2004

Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Bail fixed at $ _____ by _____ Boston, Massachusetts 02210
                                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER 3/9/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |