# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2003-10386-MLW

RICHARD GONZALEZ, ETC.,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    3/3/2003 -    Conference held; Government's Motion for Revocation of Release presented in open Court.

    3/3 - 3/25/2004 -    Government's Motion for Revocation of Release - filing to hearing.

    Thus, as of March 25, 2004, NINE (9) non-excludable days have occurred leaving SIXTY-ONE (61) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                         */s/ Robert B. Collings*
                                         ROBERT B. COLLINGS
March 3, 2004.                      United States Magistrate Judge