UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                          **CRIMINAL CASE**

                                           **NO. 03-10386-MLW**

V.

**RICHARD GONZALEZ**
      Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a Change of Plea Hearing on **April 8, 2004** at 3:20 P.M. before Judge Wolf in Courtroom # **10** on the **5th** floor.

                                TONY ANASTAS
                                CLERK OF COURT

**April 2, 2004**                          By: **/s/ Dennis O'Leary**
    Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                   [ntchrgcnf.]
                                           [kntchrgcnf.]