UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 03-10386-MLW |
| | ) |
| RICHARD GONZALEZ | ) |

STATEMENT OF RELEVANT FACTS
PURSUANT TO F.R.Cr.P. 32(b)(4)

As its statements of relevant facts pursuant to F.R.Cr.P. 32(b)(4) the United States submits the attached Complaint and Affidavit of Diplomatic Security Service Special Agent Aaron J. Arnfeld.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 4/13/04

CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon the U.S. Probation Office by hand and Leo T. Sorokin, Esq., Federal Defender Office, 408 Atlantic Avenue, Third Floor, Boston, MA 02110 by first class mail.

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 4/13/04

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RICHARD GONZALEZ

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-m-00478-RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 20, 2003__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly and willfully make a false statement in an application for a United States passport, with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws,

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____ at __BOSTON, MASSACHUSETTS__
Date                                                                City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                            Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Aaron J. Arnfeld, having been duly sworn, do hereby depose and state the following:

1. I am a Special Agent with the United States Department of State, Diplomatic Security Service (DSS), and have been so employed since November 1999. As part of my official duties, I am assigned to investigate cases involving those who are alleged to have falsely or fraudulently submitted application for United States passports.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause in support of a criminal charging, Richard GONZALEZ a/k/a Juan Antonio QUINONES-GONZALEZ with making false statements in application for a United States passport, in violation of Title 18, United States Code, Section 1542.

3. On October 20, 2003, a person using the identity of Juan Antonio QUINONES-GONZALEZ (henceforth referred to as "Subject") submitted an application ("DS-11") for a United States passport at the U.S. Post Office located in Lynn, MA. A copy of Subject's passport application is appended hereto as Exhibit A.

In support of the Juan Antonio QUINONES-GONZALEZ application, the Subject provided a birth certificate in that name from Puerto Rico with date and place of birth as October 10, 1968, Fajardo, Puerto Rico. Copies of Subject's Puerto Rico birth certificate are appended hereto as Exhibit B.

4. The Subject signed the QUINONES-GONZALEZ application in the presence of an authorized passport acceptance clerk, attesting that all of the information contained therein was true. Also, as required, the Subject submitted two copies of a photograph of himself. One copy of the photograph was attached to the QUINONES-GONZALEZ application at the time of its submission.

5. On November 25, 2003, the Subject appeared at the Boston Passport Agency to inquire as to the status of his passport application. Subject was interviewed by the Affiant and Special Agent Herman Arnold, and Subject admitted that his true identity was Richard GONZALEZ and not Juan Antonio QUINONES-GONZALEZ. Subject then voluntarily provided his fingerprints to your affiant for identification purposes.

6. Fingerprint records check revealed that Subject possessed a criminal record (FBI #98168PA9) under the identity of Richard QUINONES-GONZALEZ, with a date and place of birth of 12/01/1967, New York, NY, and Social Security Number 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. Per the FBI's criminal database, QUINONES-GONZALEZ was arrested

by the Puerto Rican Police Department on 11/25/1991 for narcotics possession and attempted robbery.

Based on the foregoing, I have probable cause to believe that Richard QUINONES-GONZALEZ, identifying himself as Juan Antonio QUINONES-GONZALEZ, did willfully and knowingly make a false statement on an application for a United States Passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use of another, in violation of Title 18, United States Code, Section 1542.

                                      Aaron J. Arnfeld
                                      Special Agent

Subscribed and sworn to before me this ____ day of November, 2003

                                      ROBERT B. COLLINGS
                                      UNITED STATES MAGISTRATE JUDGE