UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                           **CRIMINAL CASE**

                                                            **NO. 03-10386-MLW**
                        **V.**


**RICHARD GONZALEZ**
           **Defendant(s)**


**NOTICE OF RESCHEDULING**

**WOLF, D.J.**


    The **SENTENCING HEARING** rescheduled for **JUNE 24, 2004** at **3:00 P.M.** before

Judge **Wolf**, has been CANCELLED.



                                                            **TONY ANASTAS**
                                                            **CLERK OF COURT**



**June 22, 2004**                    **By:**   **/s/ Dennis O'Leary**
    **Date**                                 **Deputy Clerk**

**Notice to:**
**(crim-cancel.wpd - 7/99)**                                        [ntchrgcnf.]
                                                                    [kntchrgcnf.]