# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                         CRIMINAL  CASE
                                                          NO. 03-10386-MLW

                    **V.**

**RICHARD GONZALEZ**
          **Defendant(s)**

## NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1)      The **SENTENCING HEARING** previously scheduled for **JUNE 24, 2004** at **3:00**

        **P.M.** before Judge **Wolf**, has been **RESCHEDULED** to **AUGUST 31, 2004** at **3:00**

        **P.M.** in Courtroom # **10** on the **5th** floor.

2)      If the parties would like to file any motions or other pleadings for the court to

        consider at sentencing they shall be filed by August 17, 2004.  Any responses

        shall be filed by August 24, 2004.

3)      Not less than five business days before the sentencing hearing, counsel are to

        advise the clerk if counsel for either party contends that an evidentiary hearing

        is necessary, and shall advise the clerk of the amount of time counsel expects

        would be required to complete the hearing.


                                        **TONY ANASTAS**
                                        **CLERK OF COURT**

**June 30, 2004**                    **By:   /s/ Dennis O'Leary**
      **Date**                              **Deputy Clerk**

**Notice to:**
(crim-dispo-cancel.wpd - 7/99)

[ntchrgcnf.]
[kntchrgcnf.]