UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10386-MLW |
| | ) | |
| RICHARD GONZALEZ | ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant Richard Gonzalez moves to continue his sentencing now scheduled for August 31, 2004 to a date convenient to the Court either after September 7, 2004 or August 9, 11-12 or August 16 (after 2:30 pm), or 17 (after 3:00 pm). As grounds, counsel states that he is away on vacation the weeks of August 23rd and 30th.

AUSA Christopher Bator has stated his assent to this motion and his availability as described above.

```
                                    RICHARD GONZALEZ
                                    By his attorney,

                                    /s/ Leo T. Sorokin
                                    Leo T. Sorokin
                                      B.B.O. #559702
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061
```

### CERTIFICATE OF SERVICE

I, Leo T. Sorokin, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Christopher Bator and USPO Kelly Foster by delivery on July 6, 2004.

```
                                    /s/ Leo T. Sorokin
                                    Leo T. Sorokin
```