UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 03-10386-MLW** |
| V. | |
| **RICHARD GONZALEZ** | |
| Defendant(s) | |

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on OCTOBER 12, 2004 at 2:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

| | |
|---|---|
| **September 29, 2004** | By: **/s/ Dennis O'Leary** |
| Date | Deputy Clerk |

**Notice to:**
(crim-notice.wpd - 7/99)                                    [ntchrgcnf.]
                                                            [kntchrgcnf.]