UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR03-10386

| United States of America | Richard Gonzalez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Christopher Bator | Leo Sorokin |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                    REPORTER  Twomey

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 10/12/04 | Interpreter, Gabriel Haddad, sworn in. Court will conduct the sentencing pursuant to the U.S.S.G. |
| | Court adopts all factual statements contained within the pre sentence report without objection except to those listed and addressed by probation. Guidelines are as follows: TOL - 6, CH - VI, 12-18 months custody, 24-36 months supervised release, $500 - $5K fine, $100 special assessment fee. Government recommends a sentence of 12 months custody, 36 months supervised release, no fine an $100 special assessment fee. |
| | Defendant requests a sentence of 12 months and 1 day. Defendant addresses the court. Formal sentencing: |
| | 15 months custody followed by 36 months supervised release on the standard conditions plus must at all times use true name and other identifiers, participate in a substance abuse program as prescribed by probation, participate in a certified batterer's program as prescribed by probation, not possess a firearm or other dangerous weapon. Court imposes no fine but does impose the mandatory $100 special assessment fee. Court states for the record that if the guidelines are not constitutional it would impose a sentence of 15 months custody. Defendant advised of his right to appeal and to counsel. |