AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Richard Gonzalez

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 03 CR 10386-MLW

I, Richard Gonzalez, charged in a ☐ complaint ☑ petition pending in this District with a _____ in violation of Supervised , U.S.C., release ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☑ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

OCT 17 2006
Date

Richard Gonzalez
Defendant

_____
Counsel for Defendant