UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10386

| United States | Richard Gonzalez |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Christopher Bator | Charles McGinty |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

JUDGE   Wolf         CLERK   O'Leary         REPORTER Romanow

**CLERK'S NOTES**

| DATES: | Revocation Hearing |
|---|---|
| 12/5/06 | Also in attendance id US Probation Officer Carmen Wallace |
|  | Defendant stipulates to the violation |
|  | Court accepts the defendants admissions |
|  | Court calculates the guidelines |
|  | Government recommends 12 months custody followed by 24months supervised release on certain conditions. |
|  | Defendant seeks a sentence of that would combine his state time to equal 15 months custody followed by three months in a halfway house.  Defendant addresses the court |
|  | Court revokes the defendant's release and sentences him to 9 months custody followed by 27 months supervised release on the standard conditions and the special conditions outlined in court |
|  | Defendant advised of his right to appeal and to counsel |