UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
    v.                      )    Cr. No. 03-10386
                            )
RICHARD GONZALEZ            )

ORDER

WOLF, D.J.                                          December 5, 2006

For the reasons stated in court on December 5, 2006, it is hereby ORDERED that:

1. Richard Gonzalez's Supervised Release is REVOKED.

2. Gonzalez shall serve 9 months in the custody of the Attorney General to be followed by 27 months of Supervised Release on the Standard Conditions described in U.S.S.G. §5D1.3(c) and the following Special Conditions:

    a. Gonzalez shall not possess a firearm or other dangerous weapon.

    b. Gonzales shall reside for three months in a community corrections center and shall observe the rules of that facility.

    c. Gonzalez shall participate in a program for substance abuse as directed by the United States Probation Office, which program may include testing, up to 104 times per year, to determine whether he has reverted to the use of alcohol or drugs. Gonzalez shall contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

    d. Gonzalez shall participate in a Certified Batterer's Intervention Program, as directed by the Probation Office.

                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT COURT

```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA         )
                                 )
        v.                       )    Cr. No. 96-10047-02
                                 )
EUGENE PATRICK                   )

<u>ORDER</u>

WOLF, D.J.                                    December 4, 2006

    For the reasons stated in court on December 4, 2007, and with the agreement of the parties, it is hereby ORDERED that:

    1. Proceedings in this case concerning the petition to revoke Eugene Patrick's Supervised Release are STAYED pending the resolution of the indictment of Patrick arising out of the same events, <u>United States v. Patrick</u>, 06-10356-RWZ.

    2. If Patrick seeks to withdraw his agreement that he be detained in connection with this case, any request for his release shall be decided by this court rather than by the magistrate judge.


                                              /s/ MARK L. WOLF
                                         UNITED STATES DISTRICT JUDGE