Prob12C
(7/93)

# United States District Court
## for the District of Massachusetts
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Richard Gonzalez                **Case Number:** 1:03-CR-10386-001

**Name of Sentencing Judicial Officer:** The Honorable Mark L. Wolf, Chief U.S. District Court Judge

**Date of Original Sentence:** 10/12/04
**Date of Violation Sentence:** 12/5/06

**Original Offense:** False Statement in Passport Application, in violation of 8 U.S.C. §1542.

**Original Sentence:** 15 months custody, followed by 36 months supervised release
**Violation Sentence:** 9 months custody, followed by 27 months supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 1/14/05
                                                     **Date Supervision Recommenced:** 7/13/07

## PETITIONING THE COURT

[ X ]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician. |
| A. | On February 15, 2008, the defendant submitted a positive drug test for marijuana. On February 19, 2008, the defendant admitted to the Probation Department that he did use marijuana on February 14, 2008. |
| B. | On March 31, 2008, the defendant submitted a positive drug test for morphine. Sci-lab confirmed this test result on April 2, 2008. On April 10, 2008, the defendant admitted to the Probation Department that he did use heroin on March 27, 2008. |
| C. | On April 7, 2008, the defendant submitted a positive drug test for morphine. Sci-lab confirmed this test result on April 10, 2008. On April 10, 2008, the defendant admitted to the Probation Department that he did use heroin on April 4, 2008. |

| | |
|---|---|
| II | **Violation of Mandatory Condition #1**: While on Supervised Release, the offender shall not commit another Federal, State, or local crime and shall not illegally possess a controlled substance. |

On April 4, 2008, the defendant was arrested and charged with Operating After a Revoked License (Docket # 813CR001867A) in Lynn District Court. The next scheduled court hearing is on May 5, 2008.

| | |
|---|---|
| III | **Violation of Special Condition #2:** The defendant is to participate in a program for substance abuse as directed by the U.S. Probation Office, which program may include testing to determine whether the defendant has reverted to the use of alcohol or drugs. |

On January 23, 2008, the defendant was placed in the color code program for drug testing.

On March 28, 2008, a Friday, the defendant failed to report for a scheduled drug test. The defendant did report to the Probation Office on March 31, 2008, and provided a positive drug test for Morphine (See Violation I).

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ]   Revoked

| Reviewed/Approved by: | | Respectfully submitted, |
|---|---|---|
| /s/ John G. Marshall | By | /s/ John G. Marshall (for CPW) |
| John G. Marshall | | Carmen Pena Wallace |
| Supervising U.S. Probation Officer | | U.S. Probation Officer |
| | | Date: April 10, 2008 |

THE COURT ORDERS
[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

/s/ Mark L. Wolf
_____
Signature of Judicial Officer
 April 17, 2008
_____
Date