AO 442    (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>RICHARD GONGZALEZ | **WARRANT FOR ARREST**<br><br>Case Number: 03-10386-MLW |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RICHARD GONZALEZ
                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment        ☐ Information        ☐ Complaint        ☐ Order of court

☐ Pretrial Release      ☐ Probation         x  Supervised Release    ☐ Violation Notice
  Violation Petition       Violation Petition       Violation

charging him or her with   (brief description of offense)
See attached petition

in violation of Title _____ United States Code, Section(s) _____

| Dennis O'Leary | /s/ Dennis O'Leary |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | April 18 2008 - Boston, MA |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____