UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred X

UNITED STATES of AMERICA

       V.                              CR No.  03-10386-MLW

RICHARD GONZALEZ                     Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge COLLINGS for the following proceedings:

(A)      Referred for full pretrial case management, including all dispositive motions.

(B)      Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)      Referred for discovery purposes only.

(D)      Referred for Report and Recommendation on:

           ( ) Motion(s) for injunctive relief
           ( ) Motion(s) for judgment on the pleadings
           ( ) Motion(s) for summary judgment
           ( ) Motion(s) to permit maintenance of a class action
           ( ) Motion(s) to suppress evidence
           ( ) Motion(s) to dismiss
           ( ) Post Conviction Proceedings[1]
      See Documents Numbered: _____

(E)      Case referred for events only.  See Doc. No(s). _____

(F)      Case referred for settlement.

(G)      Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
           ( ) In accordance with Rule 53, F.R.Civ.P.
           ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)      Special Instructions:  Initial Revocation/Detention Hearing

April 18, 2008                                          By:  /s/ Dennis O'Leary
Date                                                              Deputy Clerk

**(order-ref-mag-cr.wpd - 05/2003)**

---

[1] See reverse side of order for instructions