AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.

RICHARD GONZALEZ

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 03 CR 10386 MLW

I, _Richard Gonzalez_, charged in a ☐ complaint ☒ petition pending in this District _charging a_ in violation of _Supervised_ , U.S.C., _release_ , and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_Richard Gonzales_
Defendant

APR 23 2008
Date

_[signature]_
Counsel for Defendant