# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO.2003-10386-MLW-1

RICHARD GONZALEZ,
        Defendant.

## APPOINTMENT OF FEDERAL DEFENDER

COLLINGS, U.S.M.J.

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is hereby ORDERED that the Federal Defender Office of the District of Massachusetts be appointed effective as of April 23, 2008 to represent said defendant in this cause until further order of the Court.

                                                    By the Court,

                                                    /s/ Noreen A. Russo
                                                    NOREEN A. RUSSO
                                                    Deputy Clerk

Date: April 25, 2008.