# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2003-10386-MLW

RICHARD GONZALEZ,
    Defendant.

## *ORDER AFTER APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE*

COLLINGS, U.S.M.J.

The defendant appeared this date for a detention hearing; Attorney McGinty was present to represent him.

The defendant was released on conditions this date. As a consequence, he is not entitled to a preliminary hearing.[1]

The defendant is ORDERED to appear for a final revocation hearing

---

[1] The defendant had waived his right to a preliminary hearing at his initial appearance when the Government sought his detention.

before Chief Judge Wolf on **Tuesday, May 20, 2008 at 3:00 P.M.** at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

All papers are RETURNED to the Clerk's Office. The Clerk shall note on the docket that the case is "no longer referred" to Judge Collings.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

April 29, 2008.