♦AO 442    (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>RICHARD GONZALEZ | **WARRANT FOR ARREST**<br><br>Case Number: 03-10386-MLW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RICHARD GONZALEZ
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☐ Pretrial Release     ☐ Probation     x Supervised Release     ☐ Violation Notice
   Violation Petition       Violation Petition       Violation

charging him or her with   (brief description of offense)
See attached petition

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Dennis O'Leary<br>Name of Issuing Officer | /s/ Dennis O'Leary<br>Signature of Issuing Officer |
| Deputy Clerk<br>Title of Issuing Officer | April 18 2008 - Boston, MA<br>Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

NORTHGATE PLAZA, REVERE, MA

| DATE RECEIVED<br>4-22-08 | NAME AND TITLE OF ARRESTING OFFICER<br>CI DUSM JEFF CHRISTO | SIGNATURE OF ARRESTING OFFICER<br>Jeffrey S. Christo |
|---|---|---|
| DATE OF ARREST<br>4-23-08 | | |