UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA　　　　　CRIMINAL NO. 1:03CR10386-001

v.

Richard Gonzalez

## STANDING PROCEDURAL ORDER

If the U. S. Probation Office, District of Massachusetts, is notified by BI Monitoring, Inc. that a signal from the electronic monitor indicating flight (on an offender who has been released on bail conditions) has been received, and a telephone call has confirmed flight, it shall notify the U. S. Marshals for the District of Massachusetts. The Marshals, pursuant to this Order, shall initiate a fugitive investigation to apprehend the defendant. In such a circumstance, the U. S. Marshals shall notify the Court no later than the next business day of the initiation of the fugitive investigation and obtain a formal arrest warrant for violation of conditions of release.

SO ORDERED.



_____
U. S. Judge or U. S. Magistrate Judge

MAY - 8 2008
_____
Date

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210