UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10386

| United States | Richard Gonzalez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Christopher Bator | Charles McGinty |
| USPO Carmen Wallace | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Final Revocation Hearing |
|---|---|
| 5/20/08 | Interpreter Frank Geoffrion sworn in. |
| | Court goes over the procedural history of the case that brings us here today for the final revocation hearing. |
| | Defendant informs the court that he wishes to admit the violations |
| | Court conducts revocation colloquy with the defendant |
| | Court takes the charges as proven and moves to the sentencing phase of the hearing |
| | Parties jointly recommend a sentence of time served followed by a new term of 24 months supervised release with special condition of home confinement for the first 6 months, substance abuse treatment/testing and participation in a certified batterer's program. |
| | Court marks letter from CAB Health & Recovery Services dated 5/19/08 as exhibit 1 of today's date. |
| | Court listens to the parties and probation as to why the recommended sentence is appropriate. |
| | Defendant addresses the court.  Court revokes the defendant's supervised release |
| | Formal sentencing: Time served followed by 24 months supervised release on the standard conditions plus first six months on home confinement, participate in a substance abuse treatment/testing program as prescribed by probation, participate in a certified batterrer's program as prescribed by probation.  Defendant shall contribute to the costs of the programs prescribed by probation.  Defendant advised of his right to appeal and to counsel. |