```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | CR. No. 03-10386-MLW |
| ) | |
| RICHARD GONZALEZ,   ) | |
|     Defendant.   ) | |

## ORDER

WOLF, D.J.                                                May 20, 2008

For the reasons stated in court on May 20, 2008, it is hereby ORDERED that:

1. Richard Gonzalez's term of Supervised Release is REVOKED.

2. Gonzalez is hereby sentenced to time served, to be followed by a term of 24 months on Supervised Release on the Standard Conditions and the following Special Conditions:

    a. While on Supervised Release, Gonzalez shall not commit another Federal, state or local crime.

    b. Gonzalez shall refrain from any unlawful use of a controlled substance.

    c. Gonzalez shall submit to one drug test within 15 days and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the probation officer.

    d. Gonzalez shall not possess any firearm or other dangerous weapon.

    e. Gonzalez shall serve six months on home detention with electronic monitoring and shall pay for the cost of electronic

monitoring at the daily rate.

  f. Gonzalez shall participate in a program for substance abuse as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether Gonzalez has reverted to the use of alcohol or drugs. Gonzalez shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

  g. Gonzalez shall participate in a Certified Batterer's Intervention Program, as directed by the Probation Office.

 3. Within 72 hours, the defendant shall report in person to the Probation Office in Boston, Massachusetts.

          /s/ Mark L. Wolf
         UNITED STATES DISTRICT JUDGE